UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| IN RE: GRAND JURY PROCEEDINGS | § § § § § § |

MISC NO. M-20-505

### SEALED ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT

Having reviewed the United States' motion, it is hereby ORDERED that the motion is GRANTED.

The Court finds that failing to grant a continuance to exclude time under the Speedy Trial Act would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for a quorum of the McAllen Division Grand Jury. Thus, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice are best served by the requested continuance and outweigh the interests of the public and the Defendants in a speedier indictment or information when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iii).

Thus, IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3161(b) and (h)(7), that the period within which an information or indictment must be filed in these matters shall be continued until May 6, 2020, or the date the grand jury reconvenes.

IT IS FURTHER ORDERED that this Order and motion shall remain under seal until further order of this Court, except copies of these materials may be retained by the Parties and disclosed consistent with the duties of the United States.

SIGNED at McAllen, Texas, on March 20 2020.

_____
Ricardo H. Hinojosa
United States District Judge


_____
Randy Crane
United States District Judge


_____
Micaela Alvarez by permission RRC
United States District Judge