UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 3 2020

David J. Bradley, Clerk

IN RE: §
§
§ MISC. NO: M-20-505
§
GRAND JURY PROCEEDINGS §
§

## MOTION TO UNSEAL
## SEALED ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government moves that the Sealed Order Excluding Time Under Speedy Trial Act be Unsealed.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

/s/Angel Castro
Assistant United States Attorney